IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SCOTT EQUIPMENT COMPANY, L.L.C.                                PLAINTIFF

V.                                               NO. 2:18-cv-61-KS-MTP

BOOTS SMITH OILFIELD SERVICES, LLC                             DEFENDANT

**COMPLAINT**

Plaintiff, Scott Equipment Company, L.L.C. (hereinafter Scott Equipment), by and through counsel, Bill Luckett of Luckett Law Firm, P.A., and for civil action against Boots Smith Oilfield Services, LLC (hereinafter Boots Smith), states the following:

1. Plaintiff, Scott Equipment Company, L.L.C., is a Louisiana Limited Liability Company with its principal place of business located at 1000 Martin Luther King, Jr. Drive in Monroe, Louisiana.

2. Defendant, Boots Smith Oilfield Services, LLC, is a Mississippi Limited Liability Company organized and existing by virtue of the laws of the State of Mississippi and has its principal place of business and home office in Laurel, Mississippi. Boots Smith may be served with process by serving its registered agent, Jason Smith, at 2501 Airport Drive, Laurel, Mississippi 39441.

3. This Court has jurisdiction over the parties and subject

matter herein in that the Plaintiff is a resident of the State of Louisiana and the Defendant is a resident of the State of Mississippi. Therefore, complete diversity of citizenship exists by and between the parties. Moreover, this action seeks damages in an amount which exceeds $75,000.00, exclusive of interest and costs. Thus, the district court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(1).

4. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(a).

5. On November 11, 2016 (Contract # 002910) and November 23, 2016 (Contract # 002920), Boots Smith entered into contracts with Scott Equipment wherein Scott Equipment agreed to rent certain equipment to Boots Smith. In exchange for the rental of said equipment, Boots Smith agreed to pay a certain monthly rental fee on open account for the rental of the subject equipment.

6. Boots Smith has failed and/or refused to make full payment to Scott Equipment and currently has an account balance in the amount of $97,070.40. *See* Affidavit of Amount Due on Contracts attached hereto as Exhibit A.

7. The Terms and Conditions of the Contract provide in pertinent part that "[i]f Customer shall fail to make any rental payment when due, . . . Owner may immediately and without notice (a) terminate the lease, at which time all of Customer's rights

under this agreement shall cease; (b) declare the entire balance of the rental payments due and payable together with all expenses of collection by suit or otherwise, including reasonable attorneys fees and interest . . .."

WHEREFORE, PREMISES CONSIDERED, the Plaintiff, Scott Equipment Company, L.L.C., demands judgment of, from, and against the Defendant, Boots Smith Oilfield Services, LLC, as follows:

a. Awarding Scott Equipment actual damages in the amount of $97,070.40 plus interest; and

b. Awarding Scott Equipment its costs and expenses incurred in connection with bringing this action, including reasonable attorneys' fees and all of the costs herein.

    Respectfully submitted,

    SCOTT EQUIPMENT COMPANY, L.L.C.

    *s/Bill Luckett*
    BILL LUCKETT
    MISSISSIPPI BAR NO. 1487
    wol@luckettlawfirm.com

    LUCKETT LAW FIRM, P.A.
    143 YAZOO AVENUE
    POST OFFICE DRAWER 1000
    CLARKSDALE, MISSISSIPPI 38614
    (662) 624-2591