IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SCOTT EQUIPMENT COMPANY, L.L.C.                                   PLAINTIFF

V.                                                   NO. 2:18-cv-61-KS-MTP

BOOTS SMITH OILFIELD SERVICES, LLC                                DEFENDANT

### CONSENT JUDGMENT

THERE CAME ON TO BE ANNOUNCED by the parties, through their respective counsel, that they have reached a settlement with respect to the Plaintiff's Complaint. The parties consent to the entry of this judgment. Defendant, Boots Smith Oilfield Services, LLC, consents to a judgment in favor of Plaintiff, Scott Equipment Company, L.L.C., in the amount of $97,070.40. The parties are to be responsible for their respective costs.

SO ORDERED, this the  18th  day of  May , 2018.

s/Keith Starrett
JUDGE

PREPARED BY AND CONSENTED TO:

*[signature: Bill Luckett]*
BILL LUCKETT
ATTORNEY FOR SCOTT EQUIPMENT
  COMPANY, L.L.C.

CONSENTED TO:

*[signature: Bailey R. Fair]*
BAILEY R. FAIR
ATTORNEY FOR BOOTS SMITH
  OILFIELD SERVICES, LLC